1  BENJAMIN B. WAGNER
   United States Attorney
2  HEATHER MARDEL JONES
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the United States

7

8
        IN THE UNITED STATES DISTRICT COURT FOR THE
9
              EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,            ) 1:11-CV-01513-LJO-SMS
12                                      )
                  Plaintiff,            ) **ORDER REGARDING CLERK'S**
13                                      ) **ISSUANCE OF WARRANT FOR**
        v.                              ) **ARREST OF ARTICLES *IN REM***
14                                      )
   APPROXIMATELY $11,075.91 IN          )
15 U.S. CURRENCY,                       )
                                        )
16 APPROXIMATELY 2 PIECES OF            )
   ASSORTED MARIJUANA                   )
17 EQUIPMENT VALUED AT $640.00,         )
                                        )
18 APPROXIMATELY 50 PIECES              )
   ASSORTED MARIJUANA                   )
19 EQUIPMENT VALUED AT                  )
   $16,750.00,                          )
20                                      )
   APPROXIMATELY 5 PIECES OF            )
21 ASSORTED MARIJUANA                   )
   EQUIPMENT VALUED AT                  )
22 $1,630.00,                           )
                                        )
23 APPROXIMATELY 62 PIECES              )
   ASSORTED MARIJUANA                   )
24 EQUIPMENT VALUED AT                  )
   $21,370.00,                          )
25                                      )
   APPROXIMATELY 32 PIECES              )
26 ASSORTED MARIJUANA                   )
   EQUIPMENT VALUED AT                  )
27 $10,630.00, and                      )
                                        )
28                                      )
                                        )

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | 2007 CHEVROLET SILVERADO )<br>1500 PICKUP TRUCK, )<br>LICENSE NUMBER 8G03403, )<br>VIN:1GCEC19V77Z110924, )<br>                                                )<br>        Defendants.                    )<br>                                                )<br>                                                )<br>_____ ) |

6    WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on
7  September 6, 2011, in the United States District Court for the Eastern District of
8  California, alleging that approximately $11,075.91 in U.S. Currency (hereafter
9  "defendant currency") is subject to forfeiture to the United States pursuant to 21
10 U.S.C. § 881(a)(6); approximately 2 pieces of Assorted Marijuana Equipment valued
11 at $640.00, approximately 50 pieces of Assorted Marijuana Equipment valued at
12 $16,750.00, approximately 5 pieces of Assorted Marijuana Equipment valued at
13 $1,630.00, approximately 62 pieces of Assorted Marijuana Equipment valued at
14 $21,370.00, and approximately 32 pieces of Assorted Marijuana Equipment valued
15 at $10,630.00 (hereafter collectively "defendant marijuana equipment") pursuant to
16 21 U.S.C. § 881(a)(2); and a 2007 Chevrolet Silverado 1500 Pickup Truck, License
17 Number 8G03403, VIN: 1GCEC19V77Z110924 (hereafter "defendant vehicle")
18 pursuant to 21 U.S.C. § 881(a)(4), for one or more violations of 21 U.S.C. §§ 841 *et*
19 *seq.*;

20    And, the Court being satisfied that, based on the Verified Complaint for
21 Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Special
22 Agent Bob P. Beris, there is probable cause to believe that the defendant currency,
23 defendant marijuana equipment, and defendant vehicle so described constitute
24 property that is subject to forfeiture for such violation(s), and that grounds for the
25 issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i)
26 of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture
27 Actions;
28 ///

Order Regarding Clerk's Issuance of
Warrant For Arrest of Articles *In Rem*

1  IT IS HEREBY ORDERED that the Clerk for the United States District
2  Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In*
3  *Rem* for the defendant currency, defendant marijuana equipment, and defendant
4  vehicle.

6  Dated: __9/21/11__          _/s/ Jennifer L. Thurston_
7                              JENNIFER L. THURSTON
                                United States Magistrate Judge

# AFFIDAVIT OF BOB P. BERIS

I, Bob P. Beris, being first duly sworn under oath, depose and say:

1. I am employed by the United States Department of Justice, Drug Enforcement Administration ("DEA"), as a Special Agent and have been so employed since May 2004, and am presently assigned to the Bakersfield Resident Office. As a DEA Special Agent ("SA"), I am charged specifically with the enforcement of the Controlled Substances Act and the investigation of Federal drug violations, including but not limited to, Title 21, United States Code (U.S.C.), Sections 841(a)(1) and 846. I attended basic agent training at the Justice Training Center, Quantico, Virginia. During training, I received more than 300 hours of training in drug use and physiology, methods of manufacture, importation, transportation, distribution, and sales of controlled substances. This training included instruction in the investigation of Federal drug violations, including, but not limited to 21 U.S.C. §§ 841 and 846. Prior to my employment with DEA, I was employed with the Illinois State Police, Division of Forensic Services, as a Forensic Scientist - Latent Print Examiner from April, 1999, to February, 2004.

2. During my career, I have conducted or participated in controlled substance investigations, including conspiracies to distribute controlled substances (21 U.S.C. § 846) and the manufacture and possession of controlled substances with the intent to distribute (21 U.S.C. § 841). These investigations targeted large scale drug trafficking organizations engaged in the sale, manufacture, importation, and distribution of heroin, methamphetamine, marijuana, cocaine, and other controlled substances. During the course of my work, I have had the opportunity to converse with numerous law enforcement officers, informants, as well as admitted and known drug traffickers as to the methods, regarding the manufacture, importation, transportation, distribution and sales of controlled substances, as well as the methods used to conceal, transport, and launder cash and/or other types of drug proceeds. I have become knowledgeable in the

methods used by drug traffickers to import, conceal, transport, distribute, manufacture, and sell controlled substances, as well as their methods used to conceal, transport, and launder cash and/or other types of drug proceeds. I have been the affiant on federal and state affidavits, and have testified both in state and federal court in the area of narcotics.

3. Through prior investigations and training, I have become familiar with the types and amounts of profits made by drug dealers, and the methods, language, and terms that are used. These investigations specifically include, but are not limited to: investigations of subjects and/or criminal organizations involved in the manufacturing, transportation, and distribution of marijuana; chemicals and/or equipment utilized in the manufacturing of marijuana; and other related narcotic offenses. I am familiar with, and have participated in, various investigative methods including, but not limited to, visual surveillance, interviewing of witnesses, search warrants, confidential informants, pen registers, trap and trace, and the use of undercover agents. I have worked joint investigations with various experienced law enforcement officers who are trained in narcotic investigations, and I have drawn from their knowledge and expertise in the field of narcotic enforcement. I have spoken with and participated in the arrests of suspects engaged in the distribution of controlled substances. I have also participated in the eradications of several marijuana grows on public land, and on private property.

4. Based on my training, experience, and discussions with experience narcotics agents, I have become knowledgeable regarding the many tactics employed by drug traffickers to manufacture, transport, distribute, and conceal marijuana.

5. As a result of my training and experience, I am familiar with how marijuana is used and the typical manufacturing, distribution and trafficking methods used by marijuana cultivators and traffickers.

6. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, in that I am an officer of the United States, empowered by law to conduct investigations and make arrests for

offenses enumerated in Title 18, United States Code, Section 2516.

7. This affidavit is made in support of a warrant for arrest of defendants approximately $11,075.91 in U.S. Currency (hereafter "defendant currency"); approximately 2 pieces of Assorted Marijuana Equipment valued at $640.00, approximately 50 pieces of Assorted Marijuana Equipment valued at $16,750.00, approximately 5 pieces of Assorted Marijuana Equipment valued at $1,630.00, approximately 62 pieces of Assorted Marijuana Equipment valued at $21,370.00, and approximately 32 pieces of Assorted Marijuana Equipment valued at $10,630.00 (hereafter collectively "defendant marijuana equipment"); and a 2007 Chevrolet Silverado 1500 Pickup Truck, License Number 8G03403, VIN: 1GCEC19V77Z110924 (hereafter "defendant vehicle"). The defendant currency constitutes a thing of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical, and proceeds traceable to such an exchange, and was used or intended to be used to facilitate one or more violations of 21 U.S.C. § 841 *et seq*. As a result of the foregoing, the defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6). The defendant marijuana equipment represents all products and equipment used or intended for use, in the manufacturing and processing of any controlled substance or listed chemical in violation of 21 U.S.C. § 841 *et seq*. As a result of the foregoing, the defendant marijuana equipment is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(2). The defendant vehicle constitutes a conveyance used or intended to be used to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of a controlled substance in violation of 21 U.S.C. § 841 *et seq*. As a result of the foregoing, the defendant vehicle is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(4).

8. The facts set forth in this affidavit are known to me as a result of reviewing official reports, documents, and other evidence obtained as a result of the investigation, and through conversations with other agents and detectives, including the case agent and

lead detective, who have participated in the investigation and I have determined the following:

9. On March 11, 2011, at approximately 2:20 a.m., an officer with Bakersfield Police Department observed a suspicious vehicle in a closed business complex at 4700 Easton Drive, Suites 41 and 42, interrupting what appeared to be a burglary-in-progress. As the officer approached the vehicle, it fled the area. Upon arriving at the entrance of Suites 41 and 42, the officer observed that the security door had been forced open and the business appeared to have been burglarized. Shortly, thereafter responding back-up units arrived at the location to conduct a security sweep of the business. Upon entering the business, officers observed a large indoor marijuana grow operation equipped with lighting, fans and automatic watering devices. Law enforcement officers also observed trails of marijuana leaves leading from the rooms containing the marijuana plants to the rear parking lot where the suspicious vehicle had been parked.

10. That same day, on March 11, 2011, and subsequent to the discovery of the illegal marijuana grow at 4700 Easton Avenue, law enforcement agents which included members of the Bakersfield Police Department, Southern Tri-County High Intensity Drug Trafficking Agency (STC HIDTA), and the Drug Enforcement Administration (DEA) executed search warrants at 4700 Easton Drive Suites 26, 27, 29, 31, 38, 40, 41, 42, 43; and 4100 Easton Drive Suite 1. A subsequent investigation concerning these marijuana grows revealed the names of individuals and additional locations associated with the growth, cultivation and sales of marijuana including the locations of: 120 Lake Street, Bakersfield, CA; 2414 Alturas Street, Bakersfield, CA; and 9433 Max Dive, Bakersfield, California.

**Execution of Search Warrant at 4700 Easton Drive, Suites 41 and 42**

11. During the execution of the search warrant for Suites 41 and 42, law enforcement agents discovered that Suite 40 (which was not listed on the face of the search warrant) was actually connected to Suite 41 and there were no interior separating

walls or interior doors—thus allowing for direct and open access between the suites. During the search of Suites 40, 41, and 42, law enforcement agents located and seized a total of 386 marijuana plants and the defendant 32 pieces marijuana equipment (which included 19 grow lights and 13 power ballasts).

**Execution of Search Warrant at 4700 Easton Drive
Suites 26, 27, 29, 31, 38, and 43**

12. During execution of the search warrant for Suite 26, law enforcement officers located and seized approximately 54 marijuana plants, four grow lights, and four power ballasts.

13. During execution of the search warrant for Suite 27, law enforcement officers located and seized approximately 400 marijuana plants, six grow lights, and five power ballasts.

14. During execution of the search warrant for Suite 29, law enforcement officers located and seized approximately five grow lights and eight power ballasts.

15. During execution of the search warrant for Suite 31, law enforcement located and seized approximately 250 marijuana plants, nine grow lights, and seven power ballasts.

16. During execution of the search warrant for Suite 38, law enforcement officers located and seized approximately 36 marijuana plants, seven grow lights, seven power ballasts, and approximately 1362.38 grams of processed marijuana.

17. During execution of the search warrant for Suite 43, law enforcement officers located and seized approximately 24 marijuana plants, seven grow lights and eight power ballasts.

**Search of 4100 Easton Drive, Suite 1**

18. During the search of 4100 Easton Drive, Suite 1 in Bakersfield, California, law enforcement agents found indica indicating this was the location where American Green Farmers Collective operated a marijuana storefront. In Suite 1, agents located and seized approximately 302 marijuana plants, 5359 grams of marijuana, 396 grams of hash

oil, four grow lights and one power ballast.

## Identification of Individuals and Other Locations Associated with the Growth, Cultivation, and Sales of Marijuana

19. Subsequent to execution of the search warrants, law enforcement agents identified Kevin Moats as the operator of American Green Farmers Collective, as well as several of the identified illegal marijuana grows, and as the lessee of 4100 Easton Drive, Suite 1 and 4700 Easton Drive, Suites 26, 27, 31, 38, and 43. Additionally, Nedeljko "Ned" Strizak was identified as the operator of the marijuana grow located at 4700 Easton Drive in Suites 40, 41, and 42; as well as the owner and landlord of the buildings located at 4100 and 4700 Easton Drive.

## Execution of Search Warrants at 120 Lake Street, 2414 Alturas Drive, and 9433 Max Drive

20. An investigation into the marijuana cultivating activities of Kevin Moats revealed that he also maintained marijuana grow operations at 120 Lake Street, Bakersfield, CA; and 2414 Alturas Drive in Bakersfield, California. Additionally, law enforcement officers received information that Kevin Moats maintained and stored records and suspected drug proceeds related to his marijuana sales at his parents residence located at 9433 Max Drive, Bakersfield, California. Based on this information, law enforcement obtained search warrants for these locations.

21. During the search at 120 Lake Street (a warehouse), law enforcement agents located a sophisticated marijuana grow operation and located and seized approximately 96 marijuana plants, as well as 25 grow lights and 25 power ballasts.

22. During the search at 2414 Alturas Drive (the residence of Kevin Moats' girlfriend, Jennifer Oglesby), law enforcement agents observed an interior room which had been added to the garage of the residence for the purpose of growing and cultivating marijuana. In this room law enforcement agents located and seized the defendant 2 pieces of marijuana equipment (which included two grow lights) and approximately 16 marijuana plants.

6          Affidavit of Bob P. Beris

23. During the search of 9433 Max Drive (the residence of Kevin Moats' parents), law enforcement officers located and seized the defendant currency and numerous items of paperwork and indicia associated with the American Green Farmers Collective in a safe within a room inside the residence.

### Seizure of the 2007 Chevy Silverado

24. On March 25, 2011, law enforcement agents observed Kevin Moats driving the defendant vehicle from the location of the American Green Farmers Collective. Shortly thereafter, officers initiated a traffic stop on Kevin Moats, as he had outstanding warrants for his arrest, as well as a suspended drivers license. During a subsequent search of the defendant vehicle, law enforcement officers located four zip loc baggies and a Ross Dress for Less bag, which in taken together in total contained approximately 2,129 grams of processed marijuana.

25. Additionally, during a search executed at Kevin Moats' personal residence, law enforcement agents located and seized a large quantity of process marijuana, hash oil, and marijuana "edibles" products.

26. Based on the foregoing, I have probable cause to believe that the defendant currency is proceeds from drug trafficking, that the defendant marijuana equipment was used in the manufacturing and processing of a controlled substance, and that the defendant vehicle facilitated the transportation of a controlled substance. It is respectfully requested that a Warrant for Arrest of Articles *In Rem*, pursuant to the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions Rule

///
///
///
///
///
///

1  G(3)(b)(i), be issued for the defendant currency, defendant marijuana equipment, and
2  defendant vehicle.

*[signature]*
BOB P. BERIS
Special Agent
Drug Enforcement Administration

Sworn to and Subscribed before me
this 21st day of September 2011.

*[signature]*
Honorable JENNIFER L. THURSTON
United States Magistrate Judge

Reviewed and approved as to form

*[signature]*
HEATHER MARDEL JONES
Assistant United States Attorney

8                                   Affidavit of Bob P. Beris