BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY $11,075.91 IN U.S. CURRENCY,

APPROXIMATELY 2 PIECES OF ASSORTED MARIJUANA EQUIPMENT VALUED AT $640.00,

APPROXIMATELY 50 PIECES ASSORTED MARIJUANA EQUIPMENT VALUED AT $16,750.00,

APPROXIMATELY 5 PIECES OF ASSORTED MARIJUANA EQUIPMENT VALUED AT $1,630.00,

APPROXIMATELY 62 PIECES ASSORTED MARIJUANA EQUIPMENT VALUED AT $21,370.00,

APPROXIMATELY 32 PIECES ASSORTED MARIJUANA EQUIPMENT VALUED AT $10,630.00, and

1:11-CV-01513-LJO-SMS

**APPLICATION AND ORDER FOR PUBLICATION**

2007 CHEVROLET SILVERADO 1500 PICKUP TRUCK, LICENSE NUMBER 8G03403, VIN:1GCEC19V77Z110924, )

Defendant. )

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2. Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3. The defendant currency was seized on March 18, 2011, at 9433 Max Drive in Bakersfield, California and is in the custody of the U.S. Marshals Service, Eastern District of California. The approximately 2 Pieces of Assorted Marijuana Equipment valued at $640.00 were seized from 2414 Alturas Street in Bakersfield, California; the approximately 50 Pieces of Assorted Marijuana Equipment valued at $16,750.00, were seized from 120 Lake Street in Bakersfield, California; the approximately 5 Pieces of Assorted Marijuana Equipment valued at $1,630.00 were seized from 4100 Easton Drive, Suite 1, in Bakersfield, California; the approximately 62 Pieces Assorted Marijuana Equipment valued at $21,370.00 and approximately 32 Pieces of Assorted Marijuana Equipment valued at $10,630.00 were seized from 4700 Easton Drive, Suites 26, 27, 29, 31, 38, 40, 41, and 42, in Bakersfield, California (hereafter collectively “defendant marijuana equipment). The defendant marijuana equipment is in the custody of the U.S. Marshals Service, Eastern District of California. The defendant vehicle was seized from the intersection of Marella Way and California Avenue in Bakersfield, California and is in the custody of the U.S. Marshals Service, Eastern District of California. The

Drug Enforcement Administration published notice of the non-judicial forfeiture of the defendant approximately 50 Pieces of Assorted Marijuana Equipment valued at $16,750.00 on May 16, 23, and 30, 2011, in the *Wall Street Journal*. The Drug Enforcement Adminisration published notice of the non-judicial forfeiture of the remaining defendant marijuana equipment and defendant currency on May 23, 30, and June 6, 2011, in the *Wall Street Journal*. The Drug Enforcement Administation published notice of the non-judicial forfeiture of the defendant vehicle on June 6, 13, and 20, 2011, in the *Wall Street Journal*.

    4.    Plaintiff proposes that publication be made as follows:

        a.    One publication;

        b.    Thirty (30) consecutive days;

        c.    On the official internet government forfeiture site www.forfeiture.gov;

        d.    The publication is to include the following:

            (1)    The Court and case number of the action;

            (2)    The date of the seizure/posting;

            (3)    The identity and/or description of the property seized/posted;

            (4)    The name and address of the attorney for the Plaintiff;

            (5)    A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

            (6)    A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure must be filed and served within 21 days after the filing of the claims and, in the absence

///

///

thereof, default may be entered and condemnation ordered.

Dated: September 16, 2011

BENJAMIN B. WAGNER
United States Attorney

/s/ Heather Mardel Jones
HEATHER MARDEL JONES
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated: September 22, 2011**

**/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE