1  BENJAMIN B. WAGNER
   United States Attorney
2  HEATHER MARDEL JONES
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the United States

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )    1:11-CV-01513-LJO-SMS
                                     )
12              Plaintiff,           )    **APPLICATION AND ORDER FOR**
                                     )    **PUBLICATION**
13        v.                         )
                                     )
14                                   )
    APPROXIMATELY $11,075.91 IN      )
15  U.S. CURRENCY,                   )
                                     )
16  APPROXIMATELY 2 PIECES OF        )
    ASSORTED MARIJUANA              )
17  EQUIPMENT VALUED AT $640.00,     )
                                     )
18  APPROXIMATELY 50 PIECES          )
    ASSORTED MARIJUANA              )
19  EQUIPMENT VALUED AT              )
    $16,750.00,                      )
20                                   )
    APPROXIMATELY 5 PIECES OF        )
21  ASSORTED MARIJUANA              )
    EQUIPMENT VALUED AT              )
22  $1,630.00,                       )
                                     )
23  APPROXIMATELY 62 PIECES          )
    ASSORTED MARIJUANA              )
24  EQUIPMENT VALUED AT              )
    $21,370.00,                      )
25                                   )
    APPROXIMATELY 32 PIECES          )
26  ASSORTED MARIJUANA              )
    EQUIPMENT VALUED AT              )
27  $10,630.00, and                  )
                                     )
28                                   )

                                1          Application and Order For Publication

1   2007 CHEVROLET SILVERADO          )
    1500 PICKUP TRUCK,                )
2   LICENSE NUMBER 8G03403,           )
    VIN:1GCEC19V77Z110924,            )
3                                     )
                    Defendant.        )
4   _____)

5       The United States of America, Plaintiff herein, applies for an order of

6   publication as follows:

7       1.      Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims

8   and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the

9   Plaintiff shall cause public notice of the action to be given in a newspaper of general

10  circulation or on the official internet government forfeiture site;

11      2.      Local Rule 171, Eastern District of California, provides that the Court

12  shall designate by order the appropriate newspaper or other vehicle for publication;

13      3.      The defendant currency was seized on March 18, 2011, at 9433 Max

14  Drive in Bakersfield, California and is in the custody of the U.S. Marshals Service,

15  Eastern District of California. The approximately 2 Pieces of Assorted Marijuana

16  Equipment valued at $640.00 were seized from 2414 Alturas Street in Bakersfield,

17  California; the approximately 50 Pieces of Assorted Marijuana Equipment valued at

18  $16,750.00, were seized from 120 Lake Street in Bakersfield, California; the

19  approximately 5 Pieces of Assorted Marijuana Equipment valued at $1,630.00 were

20  seized from 4100 Easton Drive, Suite 1, in Bakersfield, California; the

21  approximately 62 Pieces Assorted Marijuana Equipment valued at $21,370.00 and

22  approximately 32 Pieces of Assorted Marijuana Equipment valued at $10,630.00

23  were seized from 4700 Easton Drive, Suites 26, 27, 29, 31, 38, 40, 41, and 42, in

24  Bakersfield, California (hereafter collectively "defendant marijuana equipment).

25  The defendant marijuana equipment is in the custody of the U.S. Marshals Service,

26  Eastern District of California.  The defendant vehicle was seized from the

27  intersection of Marella Way and California Avenue in Bakersfield, California and is

28  in the custody of the U.S. Marshals Service, Eastern District of California.  The

2                                           Application and Order For Publication

Drug Enforcement Administration  published notice of the non-judicial forfeiture of
the defendant approximately 50 Pieces of Assorted Marijuana Equipment valued at
$16,750.00 on May 16, 23, and 30, 2011, in the *Wall Street Journal.*  The Drug
Enforcement Adminisration published notice of the non-judicial forfeiture of the
remaining defendant marijuana equipment and defendant currency on May 23, 30,
and June 6, 2011, in the *Wall Street Journal.*  The Drug Enforcement Administation
published notice of the non-judicial forfeiture of the defendant vehicle on June 6, 13,
and 20, 2011, in the *Wall Street Journal.*

   4. Plaintiff proposes that publication be made as follows:

    a. One publication;

    b. Thirty (30) consecutive days;

    c. On the official internet government forfeiture site
www.forfeiture.gov;

    d. The publication is to include the following:

     (1) The Court and case number of the action;

     (2) The date of the seizure/posting;

     (3) The identity and/or description of the property
seized/posted;

     (4) The name and address of the attorney for the Plaintiff;

     (5) A statement that claims of persons entitled to possession
or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the
Court and served on the attorney for the Plaintiff no later than 60 days after the
first day of publication on the official internet government forfeiture site; and

     (6) A statement that answers to the Complaint or a motion
under Rule 12 of the Federal Rules of Civil Procedure must be filed and served
within 21 days after the filing of the claims and, in the absence

///

///

Application and Order For Publication

1    thereof, default may be entered and condemnation ordered.

2    Dated: September 16, 2011          BENJAMIN B. WAGNER
                                   United States Attorney

3

4                                  /s/ Heather Mardel Jones
                                  HEATHER MARDEL JONES

5                                   Assistant United States Attorney

6

                                      **ORDER**

7

8

9    IT IS SO ORDERED.

10    **Dated:    September 22, 2011**            **/s/ Sandra M. Snyder**
                                  UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    Application and Order For Publication