BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,  )<br>  )<br>     v.  )<br>  )<br>APPROXIMATELY $11,075.91 IN U.S.  )<br>CURRENCY,  )<br>  )<br>APPROXIMATELY 2 PIECES OF  )<br>ASSORTED MARIJUANA EQUIPMENT )<br>VALUED AT $640.00  )<br>  )<br>APPROXIMATELY 50 PIECES  )<br>ASSORTED MARIJUANA EQUIPMENT )<br>VALUED AT $16,750.00  )<br>  )<br>APPROXIMATELY 5 PIECES OF  )<br>ASSORTED MARIJUANA EQUIPMENT )<br>VALUED AT $1,630.00  )<br>  )<br>APPROXIMATELY 62 PIECES  )<br>ASSORTED MARIJUANA EQUIPMENT )<br>VALUED AT $21,370.00  )<br>  )<br>APPROXIMATELY 32 PIECES  )<br>ASSORTED MARIJUANA EQUIPMENT )<br>VALUED AT $10,630.00, and  )<br>  )<br>2007 CHEVROLET SILVERADO  )<br>1500 PICKUP TRUCK,  )  | 1:11-CV-01513-LJO-JLT<br><br>**FINAL JUDGMENT OF FORFEITURE** |

LICENSE NUMBER 8G03403,           )
VIN:1GCEC19V77Z110924,            )
                                  )
    Defendants.                  )
                                  )
_____ )

    Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

    1.    This is a civil action against the approximately $11,075.91 in U.S. Currency hereafter ("defendant currency"), seized on March 18, 2012; the 2 Pieces of Assorted Marijuana Equipment valued at $640.00 seized from 2414 Alturas Street in Bakersfield, California; the 50 Pieces of Assorted Marijuana Equipment valued at $16,750.00, seized from 120 Lake Street in Bakersfield, California; the 5 Pieces of Assorted Marijuana Equipment valued at $1,630.00 seized from 4100 Easton Drive, Suite 1, in Bakersfield, California; the 62 Pieces Assorted Marijuana Equipment valued at $21,370.00 and the 32 Pieces of Assorted Marijuana Equipment valued at $10,630.00, seized from 4700 Easton Drive, Suites 26, 27, 29, 31, 38, 40, 41, and 42, in Bakersfield, California (collectively "defendant equipment"); and the defendant vehicle seized from the intersection of Marella Way and California Avenue in Bakersfield, California (hereafter "defendant vehicle" and collectively "defendant assets").

    2.    A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on September 6, 2011, alleging that said defendant assets were subject to forfeiture to the United States of America pursuant to 21 U.S.C. §§ 881(a)(2), 881(a)(4) and 881 (a)(6).

    3.    On September 21, 2011, the Clerk issued a Warrant for Arrest for the defendant assets, which was duly executed on October 28, 2011.

    4.    Beginning on October 12, 2011, for at least 30 consecutive days, the United States published notice of this action on the official government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed with the Court on November 14, 2011.

    5.    In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov , direct notice or attempted direct notice was given to the following individuals:

      a.      Sharon Moats

      b.      Ronald Moats

      c.      Nedelijko Strizak

      d.      American Green Farmer's Association

      e.      Kevin Moats

      f.      Jennifer Oglesby

6.      On November 7, 2011, Sharon Moats and Ronald Moats filed a Verified Claim, solely with respect to the defendant currency.  On November 9, 2011, Sharon Moats and Ronald Moats filed their Answer to the Verified Complaint for Forfeiture *In Rem*.

7.      To date, no other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

8.      The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Kevin Moats and Jennifer Oglesby on January 11, 2012, and against American Green Farmer's Association and Nedelijko Strizak on January 12, 2013.  Pursuant to Local Rule 540, the United States and Claimant Sharon Moats, individually and on behalf of the Estate of Ronald Moats thus join in a request that as part of the Final Judgment of Forfeiture in this case the Court enter final default judgment against the interests, if any, of Kevin Moats, Jennifer Oglesby, American Green Farmer's Association, and Nedelijko Strizak as to the defendant assets.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1.      The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2.      That judgment is hereby entered against Nedelijko Strizak, American Green Farmer's Association, Kevin Moats, Jennifer Oglesby, and all other potential claimants.

3.      Upon entry of a Final Judgment of Forfeiture herein, the defendant equipment and defendant vehicle, shall be forfeited to the United States pursuant to 21 U.S.C. §§ 881(a)(2) and 881(a)(4), to be disposed of according to law.

4. Upon entry of the Final Judgment of Forfeiture herein, and no later than 60 days thereafter, the defendant currency amounting to $11,075.91 in U.S. Currency, together with any interest which may have accrued on the full amount of the defendant currency, shall be returned to Claimant via counsel of record, Mr. Philip Ganong, 924 Truxtun Avenue, Bakersfield, California 93301, (661)327-3337 tel.

5. That the United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency and defendant vehicle.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  The parties to this agreement agree to waive the provisions of California Civil Code § 1542.

6. That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on September 6, 2011, the Court finds that no party substantially prevailed within the meaning of 28 U.S.C. § 2465, that there was probable cause for arrest and seizure of the defendant currency, defendant equipment, and defendant vehicle, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

7. All parties are to bear their own costs and attorney's fees.

8. The U.S. District Court for the Eastern District of California shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

SO ORDERED THIS on NOVEMBER 4, 2013.

 /S/ LAWRENCE J. O"NEILL
LAWRENCE J. O'NEILL
United States District Judge

///
///
///
///

Final Judgment of Forfeiture

4

## CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint filed September 6, 2011, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant currency, defendant equipment, and defendant vehicle, and for the commencement and prosecution of this forfeiture action.

This Court DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **November 4, 2013**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE